IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FRED L. DRAKEFORD,** *et al.*,<br>    **Plaintiffs,** | )<br>)<br>) |
| **vs.** | )    CIVIL ACTION 1:22-00228-KD-M<br>) |
| **CONECUH COUNTY COMMISSION,**<br>    **Defendant.** | )<br>)<br>) |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant Conecuh County Commission and against Plaintiffs Fred L. Drakeford, Maurice Lee, and the Conecuh County Chapter of the NAACP.

**DONE** and **ORDERED** this the **21st** day of **July 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**